THOMAS E. FRANKOVICH (State Bar #074414)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy, Suite 300
San Rafael, CA   94903
Telephone:     415/674-8600
Facsimile:     415/674-9900

IRMA RAMIREZ and
DAREN HEATHERLY, each an individual;

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ and DAREN HEATHERLY, each an individual;<br>　　Plaintiffs,<br><br>v.<br><br>DONALD I. LANGENDORF, TRUSTEE OF THE DONALD I. and KENNETH E. LANGENDORF TRUST; KENNETH E. LANGENDORF, TRUSTEE OF THE DONALD I. and KENNETH E. LANGENDORF TRUST; FRANKLIN C. WALT, TRUSTEE OF THE FRANKLIN C. and DOROTHY G. WALT TRUST; DOROTHY G. WALT, TRUSTEE OF THE FRANKLIN C. and DOROTHY G. WALT TRUST; ROBERT M. WALT, TRUSTEE OF THE ROBERT M. WALT TRUST AGREEMENT; and JEANNE A. WALT, TRUSTEE OF THE JEANNE A. WALT TRUST, a.k.a. LA BUFA,<br><br>　　Defendants. | **Case No. CV-09-3885-JSW**<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S.

1  375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement

2  agreements).

3

4       Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

5  their designated counsel that the above-captioned action be and hereby is dismissed with prejudice

6  pursuant to Federal Rules of Civil Procedure section 41(a)(1).

7       This stipulation may be executed in counterparts, all of which together shall constitute one

8  original document.

9

10 Dated: September 30, 2010          THOMAS E. FRANKOVICH
                                      *A PROFESSIONAL LAW CORPORATION*

11

12                                    By:  /S/ Thomas E. Frankovich
13                                         Thomas E. Frankovich
                                           Attorney for IRMA RAMIREZ and DAREN
                                           HEATHERLY
14

15

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

-2-

Dated: _Aug 16_, 2010                 Clement, Fitzpatrick & Kenworthy

By: _____
         Peter DeGolia
         Attorneys for FRANKLIN C. WALT

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: ___September 30_, 2010

_____
Honorable Judge Jeffery S. White
UNITED STATE DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON